1  HANSON BRIDGETT LLP
   RAFFI V. ZEROUNIAN, SBN 236388
2  rzerounian@hansonbridgett.com
   777 S. Figueroa St., Suite 4200
3  Los Angeles, California 90017
   Telephone: (213) 395-7621
4  Facsimile: (213) 395-7615

5  HANSON BRIDGETT LLP
   HOLLY R. HANKS, SBN 313143
6  hhanks@hansonbridgett.com
   425 Market Street, 26th Floor
7  San Francisco, California 94105
   Telephone: (415) 777-3200
8  Facsimile: (415) 541-9366

9  Attorneys for Plaintiffs
   JACKSON FAMILY WINES, INC.
10 and LC TM HOLDING, LLC

11             **UNITED STATES DISTRICT COURT**

12             **CENTRAL DISTRICT OF CALIFORNIA**

13                   **WESTERN DIVISION**

| | |
|---|---|
| JACKSON FAMILY WINES, INC.; and LC TM HOLDING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ENOVATION BRANDS, INC.; and TERRAVANT WINE COMPANY, LLC,<br><br>Defendants. | Case No. 2:18-CV-4155-PA-SK<br><br>**JOINT STIPULATION OF DISMISSAL** |

Case No. 2:18-CV-4155-PA-SK

ORDER GRANTING JOINT STIPULATION OF DISMISSAL

15306509.1

1   Pursuant to the parties' Joint Stipulation of Dismissal and Fed. R. Civ. P.
2  41(a)(1)(A)(ii), the Court hereby orders that the above-captioned matter is dismissed
3  with prejudice, with each party to bear its own costs and attorneys' fees.
4  IT IS SO ORDERED.
5
6  DATED: March 5, 2019

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

-2-

Case No. 2:18-CV-4155-PA-SK

ORDER GRANTING JOINT STIPULATION OF DISMISSAL

15306509.1